IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **LAWRENCE S. BRODSKY,** **Individually and as the representative of a class of similarly-situated persons** Plaintiff, vs. **HUMANA, INC.,** Defendant. | ) ) ) ) ) ) ) ) ) No.: ) ) ) |

## NOTICE OF FILING

**TO:**  Brian J. Wanca
Anderson & Wanca
3701 Algonquin Rd.  #760
Rolling Meadows, Illinois 60008

Phillip A. Bock
Bock & Hatch, LLC
134 N. LaSalle St., Ste. 1000
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 25th day of August, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, Humana, Inc.'s Notice of Removal, Appearances, and Civil Cover Sheet, true and correct copies of which are enclosed herewith and hereby served upon you.

**DATED:**  August 25, 2008.

Respectfully submitted,

**HUMANA, INC.**

By:  s/Vittorio F. Terrizzi
One of its Attorneys

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that true and correct copies of the above Notice of Filing and documents described therein were served upon the attorneys of record noted above by depositing same in the U.S. mail box located at 303 West Madison Street, Chicago, Illinois, 60606, enclosed in an envelope, with postage fully prepaid, and plainly addressed to the attorneys of record, before the hour of 5:00 p.m., this 25th day of August, 2008.

                                         s/Vittorio F. Terrizzi

William A. Chittenden III
Vittorio F. Terrizzi
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street    Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HU832\41238 Brodsky\PLDGS\notice of filing - fed.doc