# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Western Division

Lawrence S. Brodsky

                         Plaintiff,

v.                                          Case No.: 3:08−cv−50188
                                              Honorable Philip G. Reinhard

Humana, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

       MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Motion for extension of time to answer [10] is granted. Response to complaint due by 9/29/2008. Status hearing set for 10/17/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.